UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BINIKA L. HANKTON | CIVIL ACTION |
| VERSUS | NO. 17-11362 |
| FREDERICK BOUTTE, WARDEN | SECTION "A"(2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE**.

July 27, 2018

_____
UNITED STATES DISTRICT JUDGE